UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRANEKA TRIGG,

Plaintiff,     Case Number: _____

v.

PHOENIX FINANCIAL SERVICES, LLC,

Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Phoenix Financial Services, LLC, ("Phoenix"), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

1. Phoenix is the named defendant in this civil action filed by plaintiff, Traneka Trigg, ("plaintiff"), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Traneka Trigg v. Phoenix Financial Services, LLC,* Case Number: 21-CC-068483 (hereinafter the "State Court Action").

1

2.  Phoenix removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3.  Pursuant to 28 U.S.C. § 1446(b), Phoenix has timely filed this Notice of Removal. Phoenix was served with plaintiff's complaint on July 2, 2021. This Notice of Removal is filed within 30 days of receipt of the complaint.

4.  Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5.  A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, defendant, Phoenix Financial Services, LLC, hereby removes to this Court the State Court Action.

Dated: August 2, 2021

                                        Respectfully Submitted,

                                        */s/ Michael P. Schuette*
                                        Michael P. Schuette, Esq.
                                        Florida Bar No. 0106181
                                        Dayle M. Van Hoose, Esq.
                                        Florida Bar No. 0016277
                                        SESSIONS, ISRAEL & SHARTLE, LLC

        3350 Buschwood Park Drive, Suite 195
        Tampa, Florida 33618
        Telephone: (813) 890-2460
        Facsimile: (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal
        *Counsel for Defendant,*
        *Phoenix Financial Services, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

        Benjamin W. Raslavich, Esq.
        Clayton T. Kuhn, Esq.
        Kuhn Raslavich, P.A.
        2110 West Platt Street
        Tampa, Florida 33606
        ben@thekrfirm.com
        clay@thekrfirm.com
        service1@thekrfirm.com

        */s/ Michael P. Schuette*
        Attorney